RYAN ALEXANDER, ESQ.
Nevada Bar No. 10845
RICHARD ENGLEMANN, ESQ.
Nevada Bar No. 6965
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
ryan@ryanalexander.us
richard@ryanalexander.us
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JILL HARRISON, an Individual,

    Plaintiff,

vs.

LA BONITA GROCERY AND MEAT MARKET, a Nevada Corporation, DOES I - X, Inclusive, and ROE Corporations I - X, Inclusive,

    Defendants.

Case No. 2:24-cv-00501-BNW
Hon. Brenda N. Weksler

**STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    NOTICE IS HEREBY GIVEN that Plaintiff JILL HARRISON and Defendant LA BONITA GROCERY AND MEAT MARKET, through their respective and duly authorized counsel, hereby agree and stipulate to the dismissal with prejudice of this action, under the authority of Fed. R. Civ. Proc. 41(a)(1). All parties shall bear their own fees and costs.

    Pursuant to LR IC 5-1(d), Ryan Alexander, Esq., counsel for Plaintiff, hereby attests that concurrence in the filing of the document has been obtained by each Signatory below.

Dated
RYAN ALEXANDER, CHTD.

_____
RYAN ALEXANDER
Nevada Bar No. 10845
Attorney for Plaintiff

Dated
LA BONITA GROCERY AND MEAT MARKET

_____
JAIME MARTINEZ

**IT IS SO ORDERED.**

_____

**DATED:** 5/28/2024

1